ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
PERRY & WESTBROOK
A Professional Corporation
11500 S. Eastern Avenue, Suite 140
Henderson, NV 89052
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
*Attorney for Defendant Target Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CELESTIAL CAMPBELL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; DOE EMPLOYEES OF TARGET CORPORATION; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-00655-RFB-EJY<br><br>**SUBSTITUTION OF ATTORNEY** |

### SUBSTITUTION OF ATTORNEY

TARGET CORPORATION, DEFENDANT, herby substitutes Loren S. Young, Esq., and LINCOLN, GUSTAFSON & CERCOS, LLP, 7670 W. Lake Mead Blvd., Ste. 200, Las Vegas, Nevada, 89128, (702) 257-1997, as attorney of record in place and stead of Alan W. Westbrook and PERRY & WESTBROOK, PC.

DATED this 3rd day of January, 2025.

*/s/ Katherine E. Graf/*
_____
Katherine E. Graf
Director, Counsel – Litigation
Target Corporation

I consent to the above substitution.

DATED this 3rd day of January 2025.

                                        */s/ Alan Westbrook*
                                        Alan W. Westbrook, Esq. (NV Bar 6167)
                                        PERRY & WESTBROOK, PC
                                        11500 S. Eastern Avenue, Suite 140
                                        Henderson, NV 89052

I am duly admitted to practice in this District.

Above substitution accepted.

DATED this 8th day of January 2025

                                        */s/ Loren S. Young*
                                        Loren S. Young, Esq. (NV Bar 7567)
                                        LINCOLN, GUSTAFSON, CERCOS, LLP
                                        7670 W. Lake Mead Blvd., Ste. 200
                                        Las Vegas, NV 89128

**IT IS SO ORDERED.**

                                        U.S. MAGISTRATE JUDGE

                                        **DATE:** March 19, 2025