**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
7670 W. Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com
Attorney for Defendant, TARGET CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CELESTIAL CAMPBELL, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; DOE EMPLOYEES OF TARGET CORPORATION; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>　　　　Defendant's | CASE NO: 2:24-cv-00655-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (THIRD REQUEST)** |

Pursuant to Fed. R. Civ. P. 6, Fed. R. Civ. P. 26, LR 26-1 and LR 26-4, Plaintiff, CELESTIAL CAMPBELL ("Plaintiff"), by and through her attorney of record, ALISON M. BRASIER, ESQ. of the law firm HICKS & BRASIER, PLLC and Defendant, TARGET CORPORATION, by and through its attorneys of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ. of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, and hereby stipulate and agree to a sixty (60) day continuance of the current discovery deadlines to give the parties additional time to conduct discovery and discuss possible resolution.

**I.　DISCOVERY COMPLETED**

1. Plaintiff, CELESTIAL CAMPBELL served her FRCP 26(a)(1) Initial List of Witnesses and Documents on April 22, 2024.

2. Defendant, TARGET CORPORATION served its FRCP 26(a)(1) Initial List of Witnesses and Documents on April 23, 2024.

3. Defendant, TARGET CORPORATION propounded its First Set of Interrogatories, Requests for Admissions, and Requests for Production of Documents to Plaintiff on May 24, 2024.

4. Plaintiff, CELESTIAL CAMPBELL served her responses to Defendant's First Set of Requests for Admissions on June 11, 2024.

5. Plaintiff, CELESTIAL CAMPBELL served her First Supplemental Disclosure on June 20, 2024.

6. Plaintiff, CELESTIAL CAMPBELL served her responses to Defendant's First Set of Requests for Production of Documents on June 20, 2024.

7. Plaintiff, CELESTIAL CAMPBELL served her responses to Defendant's First Set of Interrogatories on June 28, 2024

8. Defendant, TARGET CORPORATION served its First Supplemental Disclosure on July 10, 2024.

9. Plaintiff, CELESTIAL CAMPBELL propounded her First Set of Interrogatories and Requests for Production of Documents to Defendant on August 6, 2024.

10. Defendant, TARGET CORPORATION propounded its Second Set of Interrogatories, Requests for Admissions, and Requests for Production of Documents to Plaintiff on September 11, 2024.

11. Plaintiff, CELESTIAL CAMPBELL served her Initial Expert Disclosure on September 20, 2024.

12. Defendant, TARGET CORPORATION served its Second Supplemental Disclosure on September 20, 2024.

13. Defendant served its responses to Plaintiff CELESTIAL CAMPBELL's First Set of Interrogatories and Requests for Production of Documents on September 20, 2024.

14. Plaintiff, CELESTIAL CAMPBELL served her responses to Defendant's Second Set of Interrogatories, Requests for Admissions, and Request for Production of Documents on September 25, 2024.

15. Plaintiff, CELESTIAL CAMPBELL served her First Supplemental Designation of Initial Experts disclosure on October 2, 2024.

16. Defendant, TARGET CORPORATION served its Third Supplemental Disclosure on November 4, 2024.

17. Plaintiff, CELESTIAL CAMPBELL served her Second Supplemental Disclosure on November 21, 2024.

18. Plaintiff, CELESTIAL CAMPBELL served her First Amended Responses to Defendant's Second Set of Requests for Admissions on December 20, 2024.

19. Defendant, TARGET CORPORATION served its Fourth Supplemental Disclosure on December 31, 2024.

20. Plaintiff, CELESTIAL CAMPBELL served her Rebuttal Expert Disclosure on January 6, 2025.

21. Defendant, TARGET CORPORATION served its Initial Expert Disclosure on February 18, 2025.

22. Plaintiff, CELESTIAL CAMPBELL served her Third Supplemental Disclosure on March 17, 2025.

23. The deposition of Plaintiff, CELESTIAL CAMPBELL was taken on March 28, 2025.

## II. DISCOVERY REMAINING TO BE COMPLETED

1. Depositions of percipient witness
2. Depositions of FRCP 30(b)(6) witnesses
3. Expert witness depositions
4. Additional written discovery as needed

## III. REASONS WHY DISCOVERY SHOULD BE EXTENDED

The parties have been working together to schedule the depositions of Plaintiff's husband, mother, and friend who she spoke to after the subject incident, as well as the Target 30(b)(6) deposition. In addition to scheduling the aforementioned depositions, the parties have recently identified new lead counsel for the matter. The change of lead counsel for each party has required time

to review the case and coordinate additional depositions and discovery items which has been challenging under the current discovery period.

**PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

It is hereby stipulated that the discovery cutoff deadline be extended for a period of sixty (60) days. If approved, the new discovery deadlines would be modified as follows:

| EVENT DEADLINE | CURRENT DATE | ~~PROPOSED~~ DATE |
|---|---|---|
| Close of Discovery | 05/19/25 | **07/18/25** |
| Motions to Amend Pleadings | 10/18/24 | **Closed** |
| Initial Expert Disclosures | 02/18/25 | **Closed** |
| Rebuttal Expert Disclosures | 03/19/25 | **Closed** |
| Dispositive Motions | 06/18/25 | **08/18/25**[1] |
| Joint Pre-Trial Order | 07/17/25 | **09/17/25** |

IT IS SO STIPULATED AND AGREED.

DATED this 23rd day of April, 2025.         DATED this 23rd day of April, 2025.

**LINCOLN, GUSTAFSON & CERCOS, LLP**         **HICKS & BRAISER, PLLC**

/s/ Loren S. Young                           /s/ Alison M. Braiser

**LOREN S. YOUNG, ESQ.**                     **ALISON M. BRAISER, ESQ.**
Nevada Bar No. 7567                          Nevada Bar No. 10522
**JULIE A. WHITE, ESQ.**                     2630 S. Jones Blvd.
Nevada Bar No. 8725                          Las Vegas, Nevada 89146
7670 W. Lake Mead Blvd., Suite 200           Attorneys of Plaintiff,
Las Vegas, Nevada 89128                      CELESTIAL CAMPBELL
Attorneys for Defendant,
TARGET CORPORATION

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Date: April 23, 2025

---

[1] Actual date is 08/17/25, which is a Sunday.