**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
7670 W. Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com
Attorney for Defendant, TARGET CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CELESTIAL CAMPBELL, an individual,<br><br>               Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; DOE EMPLOYEES OF TARGET CORPORATION; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive,<br><br>               Defendant's | CASE NO: 2:24-cv-00655-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DIMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, CELESTIAL CAMPBELL, by and thorough her attorneys of record, ALISON M. BRAISER, ESQ. of HICKS & BRAISER, PLLC; and Defendant, TARGET CORPORATION, by and through its attorney of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff CELESTIAL CAMPBELL's Complaint,

///

///

///

///

///

///

///

///

-1-

as well as all cross-claims, counter-claims, or other related claims, are hereby dismissed as to all parties, with prejudice, each party to bear their attorney's fees and costs.

DATED this __/__ day of May, 2026.

DATED this ___ day of May, 2026.

**LINCOLN, GUSTAFSON & CERCOS, LLP**

**HICKS & BRAISER, PLLC**

/s/

/s/

**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Attorneys for Defendant,
TARGET CORPORATION

**ALISON M. BRAISER, ESQ**
Nevada Bar No. 10522
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
Attorneys of Plaintiff,
CELESTIAL CAMPBELL

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:    May 4, 2026.
_____

-2-